IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|              |   |                   |
|--------------|---|-------------------|
|              | : | CIVIL ACTION NOS. |
| WORTH        | : | 02-3884           |
| VASQUEZ      | : | 02-3891           |
| STANLEY      | : | 02-3899           |
| KRAHL, ET AL | : | 02-3925           |
| HILADO, ET AL| : | 02-3938           |
| GIBSON       | : | 02-3958           |
| FULTON       | : | 02-3976           |
| VEGA         | : | 02-3983           |
|              | : |                   |
| vs.          | : |                   |
|              | : |                   |
| BAYER CORPORATION, ET AL | : |       |

## ORDER

**AND NOW**, this 25th day of June , 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]  -  Order staying these proceedings pending disposition of a related action.

[ ]  -  Order staying these proceedings pending determination of arbitration proceedings.

[ ]  -  Interlocutory appeal filed

[x]  -  Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.

it is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
JOHN R. PADOVA,        J.

Civ. 13 (8/80)